No. 84–5108. LIPAROTA v. UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–1702. CHARLESTON TOWN CENTER PARKING ET AL. v. TRI-STATE STEEL ERECTORS, INC. Sup. Ct. App. W. Va. Certiorari denied.

No. 83–1754. MASSEY v. EMERGENCY ASSISTANCE, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–2022. GRIBBLE v. BUCKNER, JUDGE, GENERAL SESSIONS COURT OF RUTHERFORD COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–2057. MARTIN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 83–2062. MARTIN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 83–2083. LYONS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–2114. KEARNEY v. EHRICHS ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–2117. AMERICAN TRUCKING ASSNS., INC., ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–6407. ROBINSON v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 83–6540. BREWER v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 83–6786. MILLS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.